CourtHouseCowboysRunAmuk

[Mail was redirected from 12/30/13, a Judges office to Clerks on 01/02/14]

re: Public Corruption in Louisiana + a Crisis

RECEIVED
JAN 28 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

The Honorable Federal Judge Tom Stagg
U.S. District Court, Ste 4100
300 Fanin Street
Shreveport, LA 71101-3091

3:14-cv-0138    SEC P

Dear Judge Tom Stagg:

 I need your help. This state needs your help. This country needs your help. I am currently an inmate at the Jackson Parish Correctional Center. Another inmate here, Christopher Brantley referred me to you. You were of considerable assistance to him when he was housed at the Lincoln Parish Detention Center. (He was the victim of some familial mistaken identities.)

 I've sought the assistance of a federal judge before, the Honorable Robbie James, who I have reason to respect. He said he "couldn't get involved". I know that to be incorrect. I know that "judges have wide lattitude...", for good or ill, and can "get involved" whenever they see fit, "...if it's in the best interest of justice." This is one of those cases.

 Now I'll point out that I have a charge against me; I'm "pre-trial", as well as pro se. The charge is Simple Arson, case# 63374, with the provenance Lincoln Parish. I am purportedly guilty of "intentionally damaging" my well-appointed, rent-free sole inheritance, which was the

property of my now-late father (Riley E. Baker). The house was obliterated by fire, and I now find myself destitute, homeless, and with no inheritance. I don't believe the prosecutor, Clifford Royce Strider III, believes I "intentionally damaged" anything; he certainly has no reason to. It might as well be <u>any</u> charge, as far as he is concerned... as long as it puts me behind bars for life: That is his stated, on-record goal.

A general rule of thumb is: "Don't get involved in pending cases. Let those assigned to the case work things out. If that doesn't work, then there's always the appellate process..." My position is: "If you let someone lie and cheat their way to a trial, then they'll be able to steal their way to a conviction." In fact, that has already occurred with me, and with this rabid prosecutor. This is personal for him, it has been for years, "...and everybody knows it." He'll <u>stop at nothing</u> until all but my life is extinguished, and, as you should see, will use "any means necessary". Of course, that's not what justice is to be about. His "means" include:

- <u>Suborning Perjury</u> - Unless LA fire inspector Ric Abbott lost his mind, the litany of lies he told during the Preliminary Examination for Case #63374 were prompted by CRSIII. What Abbott said upon cross was easily disproven; I have, and can further.
- <u>Coercion</u> - He tried coercing me into "backing off" of him; a Deputy into a Probation Bond Hold (Chris Winston, probation officer); and a bondsman into "disappearing" my $100K bond, which is why I now still sit in jail. I have every reason to suspect he's coerced other officials into their illegal acts (primarily lying), compromising their careers.

STASG4-A

○ <u>Collusion & Conspiracy</u> – Please see my enclosed document "The CONSPIRACY AGAINST DON BAKER". I have never been more positive of anything, than there is a conspiracy against me, with CRS III as the catalyst. It is composed primarily of "proper authorities". Their issue with me: I hold them publically <u>accountable</u>, and do so publically. (Ad Hoc Judge Ronald Lewellyan once wrote in a Ruling that I'd provided "only 'oral' argument". My 10 pg (?) Brief, titled "TIMELINE", complete with Court Minutes and a witness list, was not printed on "oral paper." I annotated his Ruling – still found in the Lincoln Parish Clerk of Court's office, with "LIARS & CRIMINALS", referring to he & CRS III. That's because his "Filing or Maintaining False Public Records" act is a criminal, and serious one.)

  The crimes committed against me have been serious, and include both state and Federal. Most have been "under color of law". I see no reason why a Federal R.I.C.O. charge, or set of, should not be pursued. For more, I now draw your attention to my "Eight Years & Counting of... a Perfect Storm of Lunacy & Lies." There you'll find I've observed:

○ <u>Mail Tampering</u> – I'm confident some of my mail, my main conduit to the outside world, is being confiscated. How many times can I write: "Jessica Carrico, First National Bank, 212 W. Alabama, Ruston, LA" and their not receiving it, and think otherwise? CRS III said something at my sentencing for Case # 56748 about "finding a facility where I might be silenced...", but that could have been during a break; but overheard.

○ <u>Theft, or 'Absconding'</u> – CRS III & Co want to turn me into a faceless number, without name or identity. I forceably left the DC without my property, incl. wallet. It'll take a ton of convincing that he had no hand in that; Ø I.D. now

As you can see, there's a lot more involved here than "the D.C.", or CRS III, or me. It has to do with our fundamental existence as a state and nation. Years ago, well before my arson charge, I had much of this posted on my website "CourthouseCowboysRunAmuk.net". One guess who was finally successful in having a judge (R.L.) rule that I pull it: CRS III, in direct violation of my First Amendment rights. What he doesn't realize is: <u>You can't kill the Truth</u>. If you type in that URL using "The Wayback Machine", the website still comes up... music and all. (Back then, it revolved around my cyberstalking charge of a lying cop on a vendetta. On 02/26/13, I was finally convicted of that, after the most shameful of trials.)

About me: I'm not "anti-authority". I'm "anti-authoritarianism". I am opposed to those elected or appointed officials who break the law, think nothing of it by sheer dint of title... then make me pay their salaries. I'm a Ruston High and LA Tech grad. My dad taught poli-sci and was pre-law advisor there for decades. My brother (Bruce) has a psyche degree from LSU, and a conglomerate degree from Oxford. In addition, he also has his MD (shrink) and JD from Yale. We aren't "lawless hooligans"; just the opposite. We just expect officials to observe or enforce the law... <u>not systemically break it</u>. "<u>Public accountability</u>" has been my goal for years. Now I find myself <u>incarcerated as recompense</u>.

<u>I was supposed to be released from jail on October 29th</u>, after serving a real-time six months - 6 MONTHS - mandatory for the cyberstalking conviction. That's a misdemeanor. Why am I still in jail? I don't know,

Doubtless it has something to do with the arson charge. However, I successfully bonded out for that on 08/26/12. I've done nothing to violate my bond contract. Still, both the DA's office and Sheriff Mike Stone refuse to reply when I ask them why I'm still in jail. My conclusion: <u>I AM A POLITICAL PRISONER.</u>

The country? "The Land of Clifford Royce Strider", I suppose. Eight years experience with him informs that he believes he's his own government. Technically, he's the "Assistant Attorney General" of LA. However, when it suits his purposes, which is most of the time, he'll "correct" people and say "No, no, I am the Assistant District Attorney." (He's been paid to do the former, but <u>not</u> the latter, since 2009(?).) My research shows he should not have both positions. Still, he roams from parish to parish, destroying as many lives as he can. (I used to get Fan Mail from others across the state about him, before he made me pull CourtHouseCowboys offline.) His most notorious act? He became "The National Posterboy for Pre-Trial Misconduct." You can learn a lot about CRS III by reviewing "Kyles vs. Whitley". He's still using those practices today, and did with me in Case #56749.

Factually, the U.S. has the highest incarceration rate in the world. Out of the 50 states, LA has the highest incarceration rate of all. WOW! Does that mean we're a lawless society, or a lawful one? I maintain: ① Pot should be decriminalized; that's what's clogging our courts & jails, ② We've long since dispensed with "Better to let 10 guilty men go free than let 1 innocent man rot in jail." Therefore, everything gets plea bargained, finding everyone guilty of something, and ③ CRS III & Co.

STOSS-5-A

You can trust everything I say; I don't lie. For proof, for "the Evidence", visit, have someone do so, or solicit materials from the Lincoln Parish Clerk of Court's office. There will be found all of the Briefs, Motions, Rulings and Transcripts you'll ever need to ascertain what's needed. You may find my handwritten submissions most revealing; they're the ones I've submitted since incarceration, which began on 04/30/13. You'll see I pull no punches with anyone, incl. CRS III, as well as Judge Wayne Smith. Of particular note should be my 12/10/13 "URGENT REQUEST FOR INJUNCTION FOR RELEASE FROM FALSE IMPRISONMENT". That may be awkwardly worded... but it didn't even elicit a reply from judge Smith, either attempt.

 Pre-incarceration, I had the Motions, Rulings & Transcripts, as well as Hearing Recaps, along with some editorializing, on CD's, current until then. They're on my computer... but that's miles away for now. The United States Department of Justice (as well as President Obama) has a set of those CDs. I had the most fascinating 50 minute conversation with someone I believe was Eric Holder's executive assistant (55, female, African American) about these CDs, and their contents, on the very day of my sentencing: 04/30/13. She was fully engaged, solicitous, thankful, and promised help (and a position)... and I haven't heard from them since. She did say, however, that I "had the biggest whistleblower case in history", and that "This could start another civil war..." (presumably U.S. vs LA, states rights, etc.) She also said "This could start WWIII, if the worldwide media ever got their hands on this. This is just what they've been wanting...", which is proof positive that the U.S. system of jurisprudence doesn't match the hype.

5A666A

On page one, I said I needed your help. Please help me:

① Defend myself, and
② Bring Clifford Royce Strider III to justice.

① Defend myself: I can't do so from jail. Surely you don't think I should be in jail if there is no legitimate grounds for it. No one has provided me any. All I've been provided is 3-rd party hearsay. (That should tell you something right there.) If there is any issue with my old bond, Tyrone Jacobs of AAAAA Bonds should say so, and in writing. (He's held all my bonds, so I have provided him no surprises.)

As my arson charge is founded in Lincoln Parish, it is under his aegis, and is his command, that Sheriff Mike Stone keeps me incarcerated well past my 10/29/13 Release Date. I have received NO paperwork from him; no reply. I consider that the height of irresponsibility... and a criminal act. The Malfeasance in Office statute includes a "sins of ommission" aspect about "failing to perform a lawful duty he knows he's supposed to perform". Perhaps these people will answer to a Federal Judge. AAAAA Bonds: 318/254-0172. T. Jacob's cell#: 318/548-8437. Sheriff Mike Stone: 318/251-5111. Please have them called. Have them hold to the 10/29/13 Release Date. Who knows what they might have manufactured ex post facto, as a cover, since then?

② Bring Clifford Royce Strider III to justice. I know he's destroyed many lives, yet considers it "all in a days' work." I see him as a "cancer on the body politic", the way he endlessly co-opts others into criminal acts. I do not have a nice, neat Bill of Information for him, compre-

STAGG-7-A

tensively listing each crime, and each count, with date and circumstance. However, I don't believe another walks this planet who has more knowledge of, and evidence against, him. If given the opportunity, which is the freedom to again access all of my stored materials on my computer, I could sit with someone for hours pointing out various instances of the crimes I list on "EIGHT YEARS & COUNTING..." I look forward to the opportunity!

I am mailing this to you directly, with hopes it isn't confiscated. I can only be reached at Jackson Parish Correctional Center, 281 Industrial Drive, Jonesboro LA 71251. My ID here is 9432. (DC-7222) My colleague Nathan Neville should be sending you more about my situation. (Before jail, it was my practice to email him documents.) He can be reached by: 1450 W. 1600 North, Mapleton, UT 84664. PH. # 318/405-1955 (it's a LA prefix posted on "our" biz website). Cell: 801/831-8707. "Our" email address, which only he can access now: admin@plaguesandletters.com. If you were truly interested, you could contact him and he could email the documents to you, saving time. I also speak with him fairly regularly, if you care to convey anything to me quicker than mail.

My next hearing is 01/14/14. I ardently wish you could act <u>before</u> then. The <u>six* months I served</u> - for a 2nd-only misdemeanor! - were hard enough. To <u>still</u> be in jail after that is..."disheartening." This whole thing is, because "this isn't the country I signed up for"; the one still reflected in State and Federal Constitutions. (The trial itself made the 6 hard, too.)

STAGG-8-A

The 14th's not supposed to be about my being in jail. At the last hearing, I announced I'd be out by then... then Life and doubtless CRS III happened. On the 14th, I am to argue, pro se, the merits of my Motion for Change of Venue. My heart's not in it, because the Ruling will be pre-ordained. Judge Wayne Smith (and Jay McCallum, for that matter), seem to believe they work for the Executive Branch, and CRS III in particular. <u>Notably</u>: My hearings are virtually <u>always</u> left until the end of the day. There's usually a long pause beforehand; before I'm called out (pre-pro se). You don't think there's plenty of ex partite communicating going on then? I sure do. (Their winks & nods to each other after they've finished a bit of business sure indicate that.)

<u>Request</u> — I realize your primary interest is in LA jails, and particularly the satellites (like the D.C. & OPCC). If you have no interest in tackling the larger issues I've brought to you — like bringing CRS III to justice — <u>please</u> don't mail me a "Thank you for bringing this to our attention... 'Fails to state'..." response. Either:

① Forward this to a Federal Attorney. For some time, I had my hopes pinned on Jim Letten, who made a career out of tackling public corruption. Unfortunately, he's retired, or

② Mail these materials back to me (after making copies for your files, if you wish). They are laboriously hand-copied (no copiers are available for inmates), and I can use them for someone else.

Jackson Parish Correctional Center, 287 Industrial Drive, Jonesboro LA 71251

Sincerely,
Don Baker

5 MSS-9-A

P.S. to Judge Tom Stagg,

The enclosed reached your offices two weeks ago. Any proposed quick intervention would have made much more sense pre-01/14/14. Apparently your Ste. 4100 address does not accept mail. Hopefully the Clerk's office will deign to pass this along to you.

I realize the fundamental problem I have here is that there is an arson charge still against me. (Never has there been less "intentional damage", but I won't elaborate here.) I also realize that "the system would fail" if everyone tried to circumvent it, as I seem to be. The problem is: "The system" has already failed. As I've made clear, when any conspiracy is factored in, or at very least an obsessed prosecutor who has publically sworn to it that I am destroyed, there is no "system" for that person.

The appellate process offers no relief. The trial for the cyberstalking matter was 02/25-26/13; sentencing, 04/30/13 (The LA Appellate Project was to be handling that.) Extension after extension has been granted others, and "the lengthy record" is still incomplete. (I have no doubt no one wants that case to be reviewed, much less "voided".)

When the rabid prosecutor is the state's Assistant Attorney General, and the Governor and Attorney General have turned deaf ears, the only avenue for "redress of grievances" left is the federal level. I ardently believe Cliff Strider should finally be brought to justice. His games with testimony, both real and imagined, particularly as it applies to evidence, should end. He should be made an example of, leading to a new epoch of public accountability.

Sincerely,
Don Baker

# THE CONSPIRACY AGAINST DON BAKER

<u>I hate conspiracy theories.</u> People often concoct them to demonstrate how complex their minds are. However, often they have connected too many dots, leaving an indecipherable portrait. Instead, there are merely "coincidences"; never true connections. Still, there is NO doubt in my mind a conspiracy against me exists. Given what I know and have experienced, it's a logical dictate.

- "What is this cabal's goal?" A: To bury me under a jail, and literally if they could get by with it. <u>They want me silenced.</u>
- "How do you know?" Because their leader, <u>Clifford Royce Strider III</u>, stated unequivocally during Sentencing for Case #56748, that <u>he intends for me to go to jail, and stay there—here—for the rest of my life.</u> This was within everyone's earshot, and should be recorded.
- "What is CRSIII's motive?" I "<u>have the goods on him.</u>" (That's expanded elsewhere.) (He wants to keep his job and avoid prosecution. I now have "Eight Years & Counting..." of "goods" on him, well-documented & dissected. That's why he was desperate enough to "disappear" my $100K bond for Case #63374, Simple Arson. This <u>happened the day before I was to be released after serving six months</u> for Case# 56748, cyberstalking... <u>a misdemeanor</u>, which he too prosecuted.
- "Wouldn't that have been the bondsman?" By hearsay only, that was A&AAA Bonds' Tyrone Jacobs doing. However, that fails to explain why Jacobs <u>refuses to discuss this with me through any known means of discourse.</u> He could only be hiding something... like CRSIII's coercion of him. Why else would Jacobs risk his bonding license?

CONSPIRACY-1-B

① "Who else is involved in this cabal?" Lincoln Parish Sheriff Mike Stone. In order for CRS III to keep me locked up—and ineffectual—it requires someone to do it. Given that the provenance for the Simple Arson charge is Lincoln Parish, and the sheriff of any parish literally holds the keys to someone's freedom, that would be Stone.

② "What is Stone's incentive?" Doing the bidding of someone more powerful than he, such as the "Louisiana Assistant Attorney General", which is CRS III's title, is all I can think of (or he was coerced). That, and perhaps covering for the jobs of other locals involved in this mess.

③ "Who would they be?" They're numerous; many dominoes should fall. One (not exactly "local") is LA fire inspector Ric Abbott. He lied his ass off under oath during the Preliminary Exam when I cross-examined him. He said he "couldn't recall" whether or not he'd given me his business card when we met. That was at Comfort Inn from 3:30-5:30 the day after the 05/08/12 house fire. His cell phone records should still show I called it on Mother's Day while I was at E.A. Conway afterwards. He took the call and was annoyed by it. He'd have remembered that, and that's the only way I'd had his cell #. Abbott also lied when he said there wasn't a 2nd get-together that day, after the late P.M. one concluded, <u>outside</u> the Comfort Inn. The uniformed RPD personnel who pulled up behind his black SUV while he and I and Ruston's fire investigator Eric Brazzell were talking <u>knew better</u>. Abbott also said he "didn't know why" I'd been arrested that night, at the very Detention Center. How could he not? He & Brazzell, who filed the bogus Disturbing the Peace complaint, shortly after we all left, were working in tandem that evening. (There's <u>much</u> more for R.A.)

CONSPIRACY 2-B

⊙ "And others?" Eric Brazzell. I was not disturbing the peace at Comfort Inn that day, either of the employees or their customers. Go confirm that with Comfort Inn if you'd like; I did, months later. They didn't know what I was talking about, particularly as they'd offered to extend my stay after the 3:30-5:30 interview.

⊙ "Still others?" The RPD's Lt. Tony Blake. He's the one who, after another cop had dropped me off at the D.C. (for no apparent reason, and to the consternation of D.C. personnel), followed him and came out to the D.C. and then arrested me for Disturbing the Peace. Only then did the D.C. have a reason to hold me. That's a False Arrest.

⊙ "Still others?" Sure. Trooper Scott Brooks, the A.O. for Case #56748. I have more than abundantly explored that elsewhere. No wonder, with as many lies as Brooks filed, that ORS III didn't want him to testify ...which he didn't. For Brooks to say, using one sole example, that I "immediately started emailing Kim Birch" after my initial 2005 arrest, when ① I would have been immediately re-arrested, and ② that is nowhere in ANY case Discovery, shows just how brazen these lies can be. Brooks told some whoppers, as I detailed in 2011.

⊙ "It seems the picture would be incomplete unless it included D.A. Robert Levy, correct?" That's correct, and it includes Bob Levy, both in front of and behind the scenes. Behind- He relayed first person (12/20/12?) to my erstwhile best friend Trott Hunt, Strider's offer to me: I "send them some sign I'm backing off of them", and "they'll go lenient on me." That's coercion. It is also a clear sign the DA's office has things to hide. Levy told Trott I "didn't deserve 'leniency'; that I "should start taking responsibility for my own actions." It's Levy

CONSPIRACY-3-B

& CRS III who are well past due "taking responsibility for their actions". (Some of this "dealmaking" should still be on my cell ph. as text msg.) In Front: Levy's attended more than one of my hearings in tiny Courtroom Two, where there is only enough room for 10-12 spectators, where he sat as one. No "coincidence".

When it was announced I might be catching a break on a Probation Bond Hold, ADA Cary Brown put his signature - there's your 'Evidence' - on a Motion to Increase Bond, to... $200,000! (For Simple Arson, when I had only one prior at the time, a misdemeanor.) This DA's office has it very confused: They're using these $100,000 Bond units as incarceration tools, when they are instead intended to ensure that defendants attend hearings. Even after I was convicted in the Case # 56748 cyberstalking matter, in a trial which would curdle most judicial watchers' blood, the post-sentencing bond was $100K. (The V.I.P. with the DoJ I spoke with at length on 04/30/13 said Cary Brown's action should warrant his dismissal.)

Now I add ADA Andy Shealy, who was fully apprised of much of CRS III's doings in my 11/22/13 to him, who refuses to even (*letter) provide response. (Levy has an agreement with Shealy for him to be the de facto DA, while Bob Levy does... whatever he does.) The only straight ADA I'm aware of there is John Belton, who has explained to me, via phone, essentially: "Don, I just work there..." ⓒ"So both the DA's office as well as the Sheriff are corrupt?" By deed, yes. In my 11/22/13 letter to Stone, I demanded to know why I was not released after all on 10/29/13; after all, I'd bonded out for the simple arson charge. It is a sheriff's largest responsibility and highest duty

to have justification for withholding someone's freedom from them. In addition, I am acting pro se in that case, and recognized as such, granting me "all rights and privileges as those of any other attorney". He refused to respond. (Whether or not I stressed pro se, or he liked my jailhouse 'tude, is irrelevant.) He simply had me shipped to Jonesboro. His lack of response was a grave mistake. If you read the Malfeasance in Office statute, it covers both "sins of commission", as well as "sins of ommission". His response was not optional, but rather mandatory. Its absence was a criminal act.

⊙ "Anyone in the Judiciary?" Ad hoc judge Ronald Lewellyan. After he was "informed" I "didn't respect authority", it doesn't appear he read a single thing I wrote, heard a single thing I said. His rulings (05/18/11?) came pre-printed; his brief hearings, fly-by-night. His hearing of the Case #56748 trial was an abomination. For Evidence read the Transcript. For the same facts, but with my commentary added, including insight into CRSIII's jury manipulation, email admin@plaquesandletters.com for my "Recap of Case #56748 Trial". Or: Listen to the actual recording if possible. There you'll hear CRSIII, unabated by either titular "defense attorney" Forrest Moegle, or judge Lewellyan, break about half the rules in the book. Bonus: You'll be able to actually experience CRSIII's sanctimonious screeching during his inviolate, final closing remarks... a lie.

⊙ "defense attorney", you say?" Public defender Forrest Moegle, certainly is a member of this cabal. He "defended" as if he'd been paid by "the state"... which of course he was. Bailiff Mike Brown later volunteered that Moegle might as well have been listed as a prosecutor. Co-opted.

CONSPIRACY-5-B

⑥ "Any of the three sitting District Judges?" Yes: Judge Wayne Smith. On 08/18/2006, CRS III made a fateful mistake - He submitted a "Motion to Revoke Bond" in a now-dismissed case involving my ex-girlfriend. IDB Atty. Lewis Jones emailed that was virtually the first of its kind in 15 years. Moreover, CRS III doing so was illegal. According to the U.S. Supreme Court, a prosecutor must be assigned to any case and "leading to the judicial phase of the process" in order to file Motions; CRS III wasn't. Smith wasn't aware of the case, either. Still, he rubberstamped the Motion, leading to my 5-night jail stint. While not "conspiratorial", it indicates this: Smith acts as if he is one with the Executive Branch, incapable of independent thought.

Flash forward to 2013: Please visit the Lincoln Parish Clerk of Court's office for a copy of my pro se filing, subjected "Submissions for 08/27/13 Hearing". (It's 42 pages, crafted from what I had to work with from jail.) In it, I made a compelling CASE for judge Smith to Recuse CRS III from any case of mine, including #63374. Now forward to 09/10/13: Smith was hearing literally none of it. He pre-empted any oral argument; instead immediately demanding "Evidence." Coming straight from jail, I wouldn't have had the kind to suit him... if there existed such. "Motion Denied... and don't ever bring it up again, understood?" The 'Evidence' was that I was in jail at all, serving a real six months for a misdemeanor... primarily at CRS III's demand. Smith's ignoring both of my "INJUNCTION"'s is also telling.

Conspiracies exist. This one does. It's "the elephant in the living room." Deal with it. I am.

Signed,
Ron Baker

CONSPIRACY-6-B

## CourtHouse Cowboys Run Amuk

### EIGHT YEARS & COUNTING OF... "A PERFECT STORM of LUNACY & LIES"

① Don Baker can and has proven, as documents in the Lincoln Parish Clerk of Court's office attest, that LA Assistant Attorney General-or Assistant District Attorney, depending on the day's preference—Clifford Royce Strider III, has committed one or more counts of these crimes: Perjury; Malfeasance in Office; Filing or Maintaining False Public Records; Suborning Perjury (LA Fire Inspector Ric Abbott); Collusion; Private & Official Coercion; Jury Manipulation; plus Usurpation of Powers and Official Oppression. Provisions in State and Federal Constitutions were violated, including those found in the 1st, 9th & 14th Amendments. This is widely known, including to CRS III. Correspondingly, he is on a malicious vendetta. If not, why then?

② CRS III, clearly avowed, during the 09/30/13 Sentencing for Case #56748—Cyberstalking; a Misdemeanor (with a lying acolyte the alleged victim)—that he intends to see Baker go to jail and stay in jail... FOREVER. (This followed one of the most ludicrous trials known, where both my public defender, and the ad hoc judge, colluded with CRS III.) He there polled, and sought from, both the "defender" and judge, impromptu charges to further his wish.

③ Previously, CRS III, with no arrest or standard warning, convicted Baker of Improper Telephone Communications. He achieved this in part by skewing the evidence, his practice (see "Kyles vs. Whitley"), so that only two of 100 pages of exculpatory were allowed in at trial: a fig leaf of fairness. When a later event occurred, he coerced probation Deputy Iris Winston into a Probation Bond Hold, leading to my 35 month jail stint. (Winston later offered Baker she'd testify, at job risk... which was CRS III's threat.)

④ In the cyberstalking case, Baker was sentenced a draconian TWO CONSECUTIVE YEARS, with only that "Calls" case as a prior. In addition, he received 240 HOURS of community service; fines & fees; a $100K*POST-SENTENCING* BOND, and a decree of 6 MONTHS MAXIMUM to actually be served behind bars. The judge (Ad Hoc R. Lewellyan) and CRS III feigned behind the fact that I'd "the priviledge of a jury trial". The true reason for severity on Lewellyan's part: The AM of the trial, I had emailed in a complaint with the LA Judiciary Commission against him. He clearly was informed of that at trial beginning. (His eyes locked menacingly upon mine.) *($100,000)

8 YEARS -1-B

⑤ Baker was to be released on 10/29/13, according to all current indications, after the six months was served. Instead, the day before, A&AAA Bonds called the Lincoln Parish Detention Center, cancelling his departure. On 08/16/12, due to a simple arson charge, occurring after the cyberstalking charge but before its trial, I'd paid them $2.2K to secure a $100K Bond for that that had me free and walking the streets. (A&AAA was the same bonding co. for both charges.) CRS III, also concocted, pursues, and adheres to prosecuting the arson charge, DESPITE ALL EVIDENCE. I am handling that pro se, which involves my purportedly "intentionally damaging" my sole inheritance, now lost. In this case, the DA's office even sought a Motion to Increase Bond, elevating it to $200K.) HEARSAY ONLY has it that A&AAA Bonds denies my bond now, because of some stranger's $25 fee pre my release.

⑥ A&AAA Bonds refuses to answer my calls, mail, or even speak to me when I saw and asked their Samantha Parker about this at the DC. At the same time, she also gave their Major Brazzell the same non-response when he too tried speaking with her about this. When friends call, A&AAA requires of them "something in writing... from Baker's attorney..." when it is they who refuse any written support defending the indefensible. This is abject evasion, clearly cloaking their abnegation of responsibilities. Despite this, the DC had no issue holding Baker a month past their own 10/29/13 "Release Date".
Mid-November, then 12/10/13, I mailed Judge Wayne Smith an urgent request for an INJUNCTION for RELEASE from FALSE IMPRISONMENT; no reply. On 11/22/13, I wrote ADA Andy Shealy (de facto Lincoln Parish DA) in depth & detail about this untenable burden, seeking relief & clarification. These were all mailed to the Clerk of Court's office, the latter ones for systemwide distribution. I received no acknowledgements, and no copies, despite SOP and my pro se status, from any party, including Smith.
PROBABLE CAUSE supports that CRS III organized and saw implemented this FALSE IMPRISONMENT, using coercive means. It would be astonishing if CRS III did not have ① guards confiscating my mail (other indications exist), and ② his brain churning, conjuring up some ex post facto, quasi-legal reason to hold Baker indefinitely, and seeking co-sponsors for it.

⑦ Baker also wrote Lincoln Parish Sheriff Mike Stone about this oddly-extended jail stay. It should have arrived on 11/25/13. He was reminded of the old & informed of new crimes which FACTS find CRS III guilty. ("The highest ranking

8 YEARS - 2-B

law officer in the parish" eschews public accountability, my goal.) Store is clearly needed by CRS III, and is compliant with this conspiracy. Instead of enforcing a fair remedy – seeing that the $100 Bond I bought (on 08/26/12) was honored, or at least addressing why it was not – his sole response was my being shipped to the Jackson Parish Correctional Center the next day. This habeas corpus violation is the latest concerning my "due process" civil rights, which CRS III abhors. Calls to another bondsman indicate my bonding out – again – will be blocked. INSULT TO INJURY: A DC guard told me my property was "lost". I kept on my JAIL GARB, we by-passed Booking, and I was ordered to leave without it. I had him ("Jim", "2", "DC-19") sign my impromptu document supporting that. Warden Tuten, writing that my property "shipped with" me is wrong. I have no property here at JPCC. Strider's Plan: If I ever do see release, it'll be without my clothes, wallet, money, or credit cards (*expired) Eviscerated, I'll have neither transport (No DL) nor buying ability. There's every possibility my cards will be used for a crime & new arrest.

CRS III has co-opted others in the Executive Branch, as well as Judicial (R. Lew.; Wayne Smith). Another Trooper in CRS III's liars brigade is the AD in Case 56,748, LSP's Scott Brooks. In 2011 filings, I proved that unequivocally with charts & my thick, numbered, blue jacketed DE Exhibits Vols. I–III. CRS III's response: "Where'd you get that stuff?!? You didn't prove anything!!" Baker proved: (1) Brooks is a brazen liar, and (2) CRS III despises the truth, and any real Evidence. A conviction is their "right". They have Contempt of Court every time they enter one. It requires at least a nod & a wink towards facts & fairness… and ethics. In my total devastation at Conway Hospital, after the 05/08/12 fire which obliterated my rent-free home, fire investigators (Abbott & Brazzel, E.) dropped off a copy of Cross County, subtitled: "Who's the Hunter, Who is the Hunted?" (Clever.) A: Both, but with the final chapter to be written here. CRS III is not "the State", but "AN ENEMY of the STATE". He needs to be stopped before he succeeds in destroying not only me and others, but "the State" itself.

CONCLUSIONS: Only naïveté and denial would allow that all of this, including missing Bond, Property & Mail, are a string of "simple mistakes", "oversights", and "coincidences". This series is "Strider Strikes Again…", ongoing for 8 years. My encounter with the Monroe FBI years ago informed me that we will always be one step apart, but with an inexorable conclusion: "It's Him or Me." With the law, Evidence, and hopefully your help, we win.