UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DON BAKER | * | CIVIL ACTION NO. 14-0138<br>Section P |
| VERSUS | * | JUDGE DONALD E. WALTER |
| CLIFFORD ROYCE STRIDER, III, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the stay is LIFTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

In Chambers, at Shreveport, Louisiana, this 27 day of Sept., 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE